| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Katera's Kove, Inc.** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  Katera's Kove Home Health Agency**  **DBA  Katera's Kove Home Care Agency and Registry**  **DBA  Katera's Kove Personal Care & Secured Dementia Community** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **25-1906261** | |
| 4. | Debtor's address | **Principal place of business**  **599 Norwood Drive**  **Wampum, PA 16157**  Number, Street, City, State & ZIP Code  **Beaver**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.kateraskove.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Katera's Kove, Inc.**  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Katera's Kove, Inc.**      Case number (*if known*) _____
Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Katera's Kove, Inc.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 19, 2016**
MM / DD / YYYY

X **/s/ Lynn Katekovich**                            **Lynn Katekovich**
Signature of authorized representative of debtor       Printed name

Title  **CEO/President**

**18. Signature of attorney**

X **/s/ Robert Winfield Koehler**                    Date **August 19, 2016**
Signature of attorney for debtor                        MM / DD / YYYY

**Robert Winfield Koehler**
Printed name

**Robert W. Koehler, Attorney At Law**
Firm name

**Manor Complex, Penthouse**
**564 Forbes Avenue**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone  **412 281-5336**     Email address  **rkoehler@pghlaw.com**

**32780**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Katera's Kove, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Alliance Laundry Systems, LLC<br>PO Box 990, Shepard Street<br>Ripon, WI 54971 | | lease of laundry equipment with UCC filing | | | | $10,394.80 |
| Ascentium-2145394, 2154774 and 2155701<br>PO Box 304593<br>Dallas, TX 75303-1593 | | installment purchases of equipment used in business | Disputed | | | $335,292.02 |
| Balboa Capital<br>2010 Main Street<br>Irvine, CA 92614 | | lease of cameras and other equipment in business | Disputed | | | $53,776.04 |
| Beaver Falls Municipal Water Authority<br>PO Box 400<br>Beaver Falls, PA 15010 | | utility | | | | $14,624.14 |
| Can Capital<br>2015 Vaughn Road, NW, Ste 500<br>Kennesaw, GA 30144 | | lease of business property | Unliquidated | | | $10,909.14 |
| Elizabeth Butera<br>659 3rd Street<br>Beaver, PA 15009 | | lawsuit by Medical Staffing Associates, Inc. | Disputed | | | $180,000.00 |
| Ford Credit<br>Box 220564<br>Pittsburgh, PA 15257-2564 | | 2012 Ford Explorer | | $31,266.00 | $18,607.00 | $12,659.00 |

Debtor **Katera's Kove, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Laurel Linen Service Inc.**<br>1509 Parkway View Drive<br>Pittsburgh, PA 15205 | | **Trade debt** | **Disputed** | | | $155,312.26 |
| **LCA**<br>PO Box 1297<br>Troy, MI 48099-1297 | | **lease of cameras and related equipment, payments due since 2/15/2016 total $907.03** | | | | $6,223.17 |
| **Marlin Business Bank**<br>2795 East Cottonwood Parkway<br>Salt Lake City, UT 84121 | | **leases of business equipment supported by 3 UCC filings that have been terminated** | **Disputed** | | | $125,623.80 |
| **Medical Staffing Associates, Inc.**<br>659 3rd Street<br>Beaver, PA 15009 | | **lawsuit** | **Disputed** | | | $180,000.00 |
| **Michael Fives, Esquire**<br>116976 Perry Highway<br>Suite 1302<br>Wexford, PA 15090 | | **legal fees** | | | | $10,601.50 |
| **PA Department of Labor & Industry**<br>16th Fl., L&I Bldg.<br>Harrisburg, PA 17121 | | **lien secured by judgment** | **Unliquidated** | | | $7,598.41 |
| **Pennsylvania Department of Revenue**<br>Department 280946<br>Harrisburg, PA 17128-0946 | | **payroll withholding taxes** | **Unliquidated** | | | $200,000.00 |
| **Pennsylvania Department of Revenue**<br>Department 280946<br>Harrisburg, PA 17128-0946 | | **Unemployment taxes** | **Disputed** | | | $188,000.00 |
| **PNC Bank**<br>PO Box 856177<br>Louisville, KY 40285-6177 | | **Credit card purchases for business** | | | | $7,360.49 |

Debtor **Katera's Kove, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RAW Consulting, LLC f/k/a RAW Medical Consulting, LLC 415 40th Street Beaver Falls, PA 15010** | | claims related to loans and stock redemption agreements | **Disputed** | | | $12,000.00 |
| **Ruk Properties LLC 66 Progress Avenue Cranberry Twp, PA 16066** | | **Trade debt** | **Disputed** | | | $21,534.28 |
| **Time Payment 1 & 2 PO Box 3069 Woburn, MA 01888-1969** | | lease of 6 undercounter dishwashers | **Unliquidated** | | | $60,273.80 |
| **Timepayment Corporation 16 New England Executive Park, Suite 200 Burlington, MA 01803** | | 2 leases of dish services, dishwashers, 2 dual radio outdoor camera systems and 10 outdoor wireless cameras | **Unliquidated** | | | $39,054.03 |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Katera's Kove, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Katera's Kove, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**RAW Consulting, LLC**  
**f/k/a RAW Medical Consulting, LLC**  
**415 40th Street**  
**Beaver Falls, PA 15010**

☐ None [*Check if applicable*]

**August 19, 2016**  
Date

**/s/ Robert Winfield Koehler**  
**Robert Winfield Koehler 32780**  
Signature of Attorney or Litigant  
Counsel for  **Katera's Kove, Inc.**  
**Robert W. Koehler, Attorney At Law**  
**Manor Complex, Penthouse**  
**564 Forbes Avenue**  
**Pittsburgh, PA 15219**  
**412 281-5336 Fax:412 281-3537**  
**rkoehler@pghlaw.com**