**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Katera's Kove, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-23084** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Executed on | **September  2, 2016** | X | **/s/ Lynn Katekovich** |
| | | | Signature of individual signing on behalf of debtor |
| | | | **Lynn Katekovich** |
| | | | Printed name |
| | | | **CEO/President** |
| | | | Position or relationship to debtor |

**Fill in this information to identify the case:**

Debtor name   **Katera's Kove, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **16-23084**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $       **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................. $       **111,062.54**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................ $       **111,062.54**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $       **2,066,090.19**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $       **395,598.41**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$       **1,295,726.95**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b

$       **3,757,415.55**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Katera's Kove, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-23084** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$110.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizen's Bank** | **Checking** | **9453** | **$10,000.00** |
| 3.2. | **Home Savings** | **savings** | **9595** | **$370.54** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$10,480.54**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☐ Yes Fill in the information below.

| Debtor | **Katera's Kove, Inc.** | Case number *(If known)* **16-23084** |
|---|---|---|
| | Name | |

---

**11.** **Accounts receivable**

11a. 90 days old or less:  **15,000.00**  -  **0.00**  = ....  **$15,000.00**

face amount   doubtful or uncollectible accounts

11b. Over 90 days old:  **45,000.00**  -  **0.00**  = ....  **$45,000.00**

face amount   doubtful or uncollectible accounts

---

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$60,000.00**

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br> **furniture is 10 years older or older** | **Unknown** | **N/A** | **$2,500.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** <br> **computers not leased are 10 years of age or older** | **Unknown** | **N/A** | **$2,000.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

---

Debtor   **Katera's Kove, Inc.**                              Case number *(If known)* **16-23084**
Name

---

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $4,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2003 GMC Sierra - not running** | **Unknown** | | $300.00 |
| 47.2. **2011 Ford F-150 truck** | **Unknown** | trade-in | $17,175.00 |
| 47.3. **2012 Ford Explorer** | **Unknown** | | $18,607.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $36,082.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Katera's Kove, Inc.** | Case number *(If known)* **16-23084** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites a website at www.kateraskove.com is maintained** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties license to operate from Commonwealth of Pennsylvania** | **Unknown** | | **Unknown** |
| 63.  **Customer lists, mailing lists, or other compilations no customer lists are maintained in that all services are provided in-house** | **Unknown** | | **Unknown** |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
  ■ No
  ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ■ No.  Go to Part 12.
  ☐ Yes Fill in the information below.

Debtor    **Katera's Kove, Inc.**
_____    Case number _(If known)_ **16-23084**
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $10,480.54 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $60,000.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $4,500.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $36,082.00 | |
| 88. **Real property.** _Copy line 56, Part 9_....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $111,062.54 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $111,062.54 |

**Fill in this information to identify the case:**

Debtor name     **Katera's Kove, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **16-23084**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1** | **Corporation Service Company**
Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00**

**PO Box 2576**
**UCCSPREP@cscinfo.com**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**UCC 1 - 2014120501767**
**Is the creditor an insider or related party?**

**UCCSPREP@cscinfo.com**
Creditor's email address, if known

☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/5/2014**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2.2** | **Corporation Service Company**
Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00**

**PO Box 2576**
**UCCSPREP@cscinfo.com**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**UCC 1 - 2015051101539**
**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**05/11/2015**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Katera's Kove, Inc.** | Case number (if know) | **16-23084** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576**
**UCCSPREP@cscinfo.com**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**
**UCC 1 - 2-15051502224**
**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/15/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Elm Services** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 15270**
**Irvine, CA 92623-5270**

Creditor's mailing address

**Describe the lien**
**UCC 1 - 2015071002242**
**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/10/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Credit** | Describe debtor's property that is subject to a lien | **$12,728.59** | **$17,175.00** |
|---|---|---|---|---|

Creditor's Name

**2011 Ford F-150 truck**

**Box 220564**
**Pittsburgh, PA 15257-2564**

Creditor's mailing address

**Describe the lien**
**encumbered vehicle title**
**Is the creditor an insider or related party?**
☐ No

---

Debtor    **Katera's Kove, Inc.**
_____
Name

Case number (if know)    **16-23084**

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**4092**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | $30,784.05 | $18,607.00 |
|---|---|---|---|---|

Creditor's Name

**2012 Ford Explorer**

**Box 220564**
**Pittsburgh, PA 15257-2564**
Creditor's mailing address

**Describe the lien**
**encumbrance on vehicle title**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

**Date debt was incurred**
**7/2015**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Padco Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | $37,577.55 | Unknown |
|---|---|---|---|---|

Creditor's Name

**cameras and software systems**

**1328 Main Street**
**Crete, IL 60417**
Creditor's mailing address

**Describe the lien**
**UCC filings**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

**Date debt was incurred**
**11/7/2012**
**Last 4 digits of account number**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Katera's Kove, Inc. | Case number (if know) | 16-23084 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | **The Home Savings And Loan Co. & ISAOA** | Describe debtor's property that is subject to a lien | $1,985,000.00 | Unknown |
| | Creditor's Name | **security interest in assets pledged on loan guaranteed by the SBA** | | |
| | **3690 Orange Place, Suite 210** | | | |
| | **Beachwood, OH 44122** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UUC 1 filing -2010102702220** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | | ☐ No | | |
| | **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **1/18/2011** | | | |
| | **Last 4 digits of account number** | | | |
| | **5006** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | | | | |
|---|---|---|---|---|
| 2.9 | **VCE Enterprises** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
| | Creditor's Name | | | |
| | **PO Box 83** | | | |
| | **Rockland, MA 02370** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UUC 1 - 2012022306316** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **02/23/2012** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | | | |
|---|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,066,090.19 | |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ford Motor Credit Company LLC** **PO Box 62180** **Colorado Springs, CO 80962** | Line **2.5** | |

---

| Debtor | **Katera's Kove, Inc.** | Case number (if know) | **16-23084** |
| | Name | | |

**Home Savings and Loan**
**250 East Wilson Bridge Road**                                    Line  **2.8**
**Suite 150**
**Columbus, OH 43085**

**Weltman, Weinberg & Reis Co., LPA**
**436 Seventh Avenue**                                              Line  **2.5**
**Suite 2500**
**Pittsburgh, PA 15219**

**Fill in this information to identify the case:**

Debtor name    **Katera's Kove, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **16-23084**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|  | **Internal Revenue Service** | *Check all that apply.* |  |  |
|  | **PO Box 7346** | ☐ Contingent |  |  |
|  | **Philadelphia, PA 19101-7346** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | **2013 to present** | **income and withholding taxes** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,598.41** | **$7,598.41** |
|  | **PA Department of Labor &** | *Check all that apply.* |  |  |
|  | **Industry** | ☐ Contingent |  |  |
|  | **16th Fl., L&I  Bldg.** | ■ Unliquidated |  |  |
|  | **Harrisburg, PA 17121** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | **2016 and earlier** | **lien secured by judgment** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |

| Debtor | **Katera's Kove, Inc.** | | Case number (if known) | **16-23084** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188,000.00 | $188,000.00 |
|---|---|---|---|---|

**Pennsylvania Department of Revenue**
**Department 280946**
**Harrisburg, PA 17128-0946**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **8/2015 to present** | **Unemployment taxes** |

Last 4 digits of account number ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200,000.00 | $200,000.00 |
|---|---|---|---|---|

**Pennsylvania Department of Revenue**
**Department 280946**
**Harrisburg, PA 17128-0946**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **8/2015 to present** | **payroll withholding taxes** |

Last 4 digits of account number ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,640.02 |
|---|---|---|---|

**A Place For Mom**
**PO Box 674164**
**Detroit, MI 48267**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016 and earlier__
Last 4 digits of account number ___

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,145.51 |
|---|---|---|---|

**Adecco Group North America**
**c/o Amato, Keating and Lessa, P.C.**
**107 North Commerce Way, Suite 100**
**Bethlehem, PA 18017-8930**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __2261__

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,812.50 |
|---|---|---|---|

**Allen Andrascik, Esquire**
**2601 Darlington Road**
**PO Box 1555**
**Beaver Falls, PA 15010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016 and earlier__
Last 4 digits of account number ___

Basis for the claim: __attorney fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Katera's Kove, Inc.** | Case number (if known) | **16-23084** |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,394.80**

**Alliance Laundry Systems, LLC**
**PO Box 990, Shepard Street**
**Ripon, WI 54971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15/2013**

Basis for the claim:  **lease of laundry equipment with UCC filing**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,637.40**

**Armstrong Cable**
**437 North Main Street**
**Butler, PA 16001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016 and earlier**

Basis for the claim:  **cable service**

Last 4 digits of account number  **6701**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$335,292.02**

**Ascentium-2145394, 2154774 and 2155701**
**PO Box 304593**
**Dallas, TX 75303-1593**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016 and earlier**

Basis for the claim:  **installment purchases of equipment used in business**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,776.04**

**Balboa Capital**
**2010 Main Street**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/2015**

Basis for the claim:  **lease of cameras and other equipment in business**

Last 4 digits of account number  **5001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,471.86**

**Beaver Falls Municipal**
**PO Box 400**
**Beaver Falls, PA 15010-0400**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016 and earlier**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,624.14**

**Beaver Falls Municipal Water Authority**
**PO Box 400**
**Beaver Falls, PA 15010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016 and earlier**

Basis for the claim:  **utility**

Last 4 digits of account number  **181**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.86**

**Beaver Falls Municipal Water Authority**
**PO Box 400**
**Beaver Falls, PA 15010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016 and earlier**

Basis for the claim:  **fire hydrant service**

Last 4 digits of account number  **100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Katera's Kove, Inc.** | Case number (if known) | **16-23084** |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address
**Beaver Valley Federal Credit Union**
601 37th Street
Beaver Falls, PA 15010

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **payroll checks that were cashed but not cleared**

Is the claim subject to offset? ☒ No ☐ Yes

**$832.04**

---

**3.12** | Nonpriority creditor's name and mailing address
**Can Capital**
2015 Vaughn Road, NW, Ste 500
Kennesaw, GA 30144

Date(s) debt was incurred  **10/19/2012**
Last 4 digits of account number  **9197**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **lease of business property**

Is the claim subject to offset? ☒ No ☐ Yes

**$10,909.14**

---

**3.13** | Nonpriority creditor's name and mailing address
**Cottrill Arbutina & Associates**
525 Third Street
Beaver, PA 15009

Date(s) debt was incurred  **2011 and 2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **accounting services**

Is the claim subject to offset? ☒ No ☐ Yes

**$19,072.32**

---

**3.14** | Nonpriority creditor's name and mailing address
**Elizabeth Butera**
659 3rd Street
Beaver, PA 15009

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **lawsuit by Medical Staffing Associates, Inc.**

Is the claim subject to offset? ☒ No ☐ Yes

**$180,000.00**

---

**3.15** | Nonpriority creditor's name and mailing address
**Fast Check FMLLC**
1215 East Washington Street
New Castle, PA 16101

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for cashed payroll checks**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,663.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Giant Eagle Inc.**
c/o Encircle Collections,Inc
7713 NW 46th Street
Miami, FL 33166

Date(s) debt was incurred  **3670**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **checks that did not clear**

Is the claim subject to offset? ☒ No ☐ Yes

**$307.47**

---

**3.17** | Nonpriority creditor's name and mailing address
**Great American**
PO Box 660831
Dallas, TX 75266-0831

Date(s) debt was incurred  **2016 and earlier**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **lease of Kyocera Ecosys FS-6530 MFP Copier System**

Is the claim subject to offset? ☒ No ☐ Yes

**$878.70**

---

| Debtor | **Katera's Kove, Inc.** | Case number (if known) | **16-23084** |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address

**Guardian Security**
**174 Thorn Hill Road**
**Warrendale, PA 15086**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **installation and maintenance of security system**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,900.00**

---

**3.19** | Nonpriority creditor's name and mailing address

**Guardian Securtiy**

Date(s) debt was incurred  **2016 and earlier**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,573.07**

---

**3.20** | Nonpriority creditor's name and mailing address

**James Maccaglia**
**227 Old Farm Road**
**Cranberry Twp, PA 16066**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loans to debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.21** | Nonpriority creditor's name and mailing address

**Laurel Linen Service Inc.**
**1509 Parkway View Drive**
**Pittsburgh, PA 15205**

Date(s) debt was incurred  **prior to 2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$155,312.26**

---

**3.22** | Nonpriority creditor's name and mailing address

**LCA**
**PO Box 1297**
**Troy, MI 48099-1297**

Date(s) debt was incurred  **6/15/2015**

Last 4 digits of account number  **5001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease of cameras and related equipment, payments due since 2/15/2016 total $907.03**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,223.17**

---

**3.23** | Nonpriority creditor's name and mailing address

**Lease Corporation of America**
**3150 Livernois Road**
**Suite 300**
**Troy, MI 48083**

Date(s) debt was incurred  **6/15/2015**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt supported by UCC filing**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.24** | Nonpriority creditor's name and mailing address

**Lincoln Automotive Financial Services**
**PO Box 62180**
**Colorado Springs, CO 80962-4400**

Date(s) debt was incurred  **2/9/2015**

Last 4 digits of account number  **9423**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease of a 2014 Lincoln Sedan**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,599.82**

---

| Debtor | **Katera's Kove, Inc.** | Case number (if known) | **16-23084** |
|---|---|---|---|
| | Name | | |

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Marlin Business Bank**
**2795 East Cottonwood Parkway**
**Salt Lake City, UT 84121**

Date(s) debt was incurred **5/11/2015**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **leases of business equipment supported by 3 UCC filings that have been terminated**

Is the claim subject to offset? ☑ No ☐ Yes

**$125,623.80**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Marlin- 1, 2, 3 & 4**
**PO Box 13604**
**Philadelphia, PA 19101-3604**

Date(s) debt was incurred **8/15/2012**

Last 4 digits of account number **7708**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **leases of equipment used in business: paging system, office furniture, 2 way radios and laptops that have been terminated**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,093.73**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Medical Staffing Associates, Inc.**
**659 3rd Street**
**Beaver, PA 15009**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

**$180,000.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Michael Fives, Esquire**
**116976 Perry Highway**
**Suite 1302**
**Wexford, PA 15090**

Date(s) debt was incurred **2016 and earlier**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **legal fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,601.50**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Neopost**
**PO Box 30193**
**Tampa, FL 33630-3193**

Date(s) debt was incurred **2016 and earlier**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$533.17**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Nissan-Infinity LT**
**PO Box 660366**
**Dallas, TX 75266-0366**

Date(s) debt was incurred **6/2014**

Last 4 digits of account number **0732**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **lease of 2014 Nissan automobile**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,109.19**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**PNC Bank**
**PO Box 856177**
**Louisville, KY 40285-6177**

Date(s) debt was incurred **2010 to present**

Last 4 digits of account number **7619**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases for business**

Is the claim subject to offset? ☑ No ☐ Yes

**$7,360.49**

---

| Debtor | **Katera's Kove, Inc.** | Case number (if known) | **16-23084** |
|---|---|---|---|
| | Name | | |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>**RAW Consulting, LLC**<br>**f/k/a RAW Medical Consulting, LLC**<br>**415 40th Street**<br>**Beaver Falls, PA 15010**<br><br>Date(s) debt was incurred **2013 to present**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **claims related to loans and stock redemption agreements**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,000.00** |
|---|---|---|

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Ruk Properties LLC**<br>**66 Progress Avenue**<br>**Cranberry Twp, PA 16066**<br><br>Date(s) debt was incurred **prior to 2016**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21,534.28** |
|---|---|---|

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Sams Club**<br>**PO Box530981**<br>**Atlanta, GA 30353**<br><br>Date(s) debt was incurred **9/2012**<br><br>Last 4 digits of account number **2757** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit card purchases for business**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,608.06** |
|---|---|---|

| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Sheetz Business Edge**<br>**PO Box 6293**<br>**Carol Stream, IL 60197-6293**<br><br>Date(s) debt was incurred **2015**<br><br>Last 4 digits of account number **2069** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit card purchases for business**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,565.96** |
|---|---|---|

| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Staples**<br>**Dept 51-7872296362**<br>**PO Box 689020**<br>**Des Moines, IA 50368**<br><br>Date(s) debt was incurred **2016 and earlier**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **business supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,090.48** |
|---|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Staples**<br>**PO Box 78004**<br>**Phoenix, AZ 85062-8004**<br><br>Date(s) debt was incurred **2016 and earlier**<br><br>Last 4 digits of account number **1362** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,658.49** |
|---|---|---|

| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Time Payment 1 & 2**<br>**PO Box 3069**<br>**Woburn, MA 01888-1969**<br><br>Date(s) debt was incurred **2016 and earlier**<br><br>Last 4 digits of account number **1986** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **lease of 6 undercounter dishwashers**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60,273.80** |
|---|---|---|

| Debtor | **Katera's Kove, Inc.** | Case number (if known) | **16-23084** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address

**Timepayment Corporation**
**16 New England Executive Park, Suite 200**
**Burlington, MA 01803**

Date(s) debt was
incurred  **12/19/2014 and 5/11/2015**

Last 4 digits of account number  **1986**

As of the petition filing date, the claim is: Check all that apply.                                      **$39,054.03**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **2 leases of dish services, dishwashers, 2 dual radio outdoor camera systems and 10 outdoor wireless cameras**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address

**Tru Green**
**PO Box 9001128**
**Louisville, KY 40290-1128**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                      **$167.41**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address

**Turner Dairy**
**1049 Jefferson Road**
**Pittsburgh, PA 15235-4723**

Date(s) debt was incurred  **2016 and earlier**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                      **$2,236.42**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **goods**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address

**Warren R. Butera**
**c/o John E. Quinn, Esquir**
**3 Gateway Center, Suite 2325**
**Pittsburgh, PA 15222**

Date(s) debt was incurred  **prior to 2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lawsuit filed at 2011-10548**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bureau of Workers' Compensation**<br>**Pennsylvania Dept of L & I**<br>**c/o Office of Chief Counsel/BWC Division**<br>**1171 South Cameron Street**<br>**Harrisburg, PA 17104-2501** | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Gary T. Vanasdale, Esquire**<br>**Suite 300, 1667 Route 228**<br>**Cranberry Twp, PA 16066** | Line  **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **George Riley Thomas II, Esquire**<br>**Metz Lewis Brodman Must O'Keefe**<br>**535 Smithfield Street, Suite 800**<br>**Pittsburgh, PA 15222** | Line  **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Justin M. Tuskan, Esquire**<br>**Metz Lewis Brodman Must O'Keefe LLC**<br>**535 Smithfield Street, 8th Floor**<br>**Pittsburgh, PA 15222** | Line  **3.32**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Katera's Kove, Inc.** | Case number (if known) | **16-23084** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Noah Paul Fardo, Esq.**<br>**5541 Walnut Street**<br>**Pittsburgh, PA 15232** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Unemployment Compensation Matters**<br>**Pittsburgh & Erie Cases, Dept of L & I**<br>**Office of Chief Counsel**<br>**301 Fifth Avenue, Suite 230**<br>**Pittsburgh, PA 15222** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Warren R. Butera**<br>**c/o John E. Quinn, Esquir**<br>**3 Gateway Center, Suite 2325**<br>**Pittsburgh, PA 15222** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 395,598.41 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,295,726.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,691,325.36 |

**Fill in this information to identify the case:**

Debtor name        **Katera's Kove, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **16-23084**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **lease of laundry equipment and system** |
| State the term remaining   **until 12/3/2018** | |
| List the contract number of any government contract | **Alliance Laundry Systems, LLC**<br>**PO Box 990, Shepard Street**<br>**Ripon, WI 54971** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **cameras** |
| State the term remaining | |
| List the contract number of any government contract | **Balboa Capital**<br>**2010 Main Street**<br>**Irvine, CA 92614** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **lease of Kyocera FS-6530 MFP copier system** |
| State the term remaining | |
| List the contract number of any government contract | **Great American**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **lease of cameras** |
| State the term remaining | |
| List the contract number of any government contract | **LCA**<br>**PO Box 1297**<br>**Troy, MI 48099-1297** |

9/02/16 3:46PM

| Debtor 1 | **Katera's Kove, Inc.** | | | Case number *(if known)* | **16-23084** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **lease on 2014 Lincoln MKS** | |
|---|---|---|---|
| | State the term remaining | **until 2/2017** | **Lincoln Automotive Financial Services** |
| | List the contract number of any government contract | | **Box 220564** **Pittsburgh, PA 15257** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **lease of business location with payments equaling those owed to first mortagee, Home Savings & Loan, on the property owned by Lynn and Michael Katekovich** | |
|---|---|---|---|
| | State the term remaining | **until October 31, 2035** | **Lynn and Michael Katekovich** |
| | List the contract number of any government contract | | **1701 Sampson Street** **Conway, PA 15027** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **leases for paging system, office furniture, 2 way radios and laptop computers** | |
|---|---|---|---|
| | State the term remaining | | **Marlin Business Bank** |
| | List the contract number of any government contract | | **2795 East Cottonwood Parkway** **Salt Lake City, UT 84121** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **lease on 2014 Nissan Sentra automobile** | |
|---|---|---|---|
| | State the term remaining | **22 months** | **Nissan Motor Acceptance Corporation** |
| | List the contract number of any government contract | | **PO Box 742657** **Cincinnati, OH 45274** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Padco Financial Services, Inc.** |
| | List the contract number of any government contract | | **1328 Main Street** **Crete, IL 60417** |

9/02/16 3:46PM

| Debtor 1 | **Katera's Kove, Inc.** | | | Case number *(if known)* | **16-23084** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **dishwashers and service** | |
|---|---|---|---|
| | State the term remaining | **until 12/5/2019** | **Timepayment Corporation** |
| | List the contract number of any government contract | | **16 New England Executive Park, Suite 200** **Burlington, MA 01803** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **Timepayment Corporation** |
| | List the contract number of any government contract | | **16 New England Executive Park, Suite 200** **Burlington, MA 01803** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Katera's Kove, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-23084** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Christian House Home Health, Inc.** | **3801 Ohio River Boulevard Baden, PA 15005** | **RAW Consulting, LLC** | ☐ D _____<br>■ E/F  **3.32**<br>☐ G _____ |
| 2.2 | **Katera's Kove Assisted Living Community** | **599 Norwood Drive Wampum, PA 16157** | **The Home Savings And Loan Co. & ISAOA** | ■ D  **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Lynn Marie and Michael Katekovich** | **1701 Sampson Street Conway, PA 15027** | **The Home Savings And Loan Co. & ISAOA** | ■ D  **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Lynn Marie and Michael Katekovich** | **1701 Sampson Street Conway, PA 15027** | **Padco Financial Services, Inc.** | ■ D  **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Lynn Marie and Michael Katekovich** | **1701 Sampson Street Conway, PA 15027** | **Medical Staffing Associates, Inc.** | ☐ D _____<br>■ E/F  **3.27**<br>☐ G _____ |

| Debtor | **Katera's Kove, Inc.** | Case number *(if known)* | **16-23084** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Lynn Marie Katekovich** | **1701 Sampson Street Conway, PA 15027** | **Warren R. Butera** | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.7 | **Lynn Marie Katekovich** | **1701 Sampson Street Conway, PA 15027** | **Laurel Linen Service Inc.** | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.8 | **Lynn Marie Katekovich** | **1701 Sampson Street Conway, PA 15027** | **PNC Bank** | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |
| 2.9 | **Lynn Marie Katekovich** | **1701 Sampson Street Conway, PA 15027** | **Sheetz Business Edge** | ☐ D _____ ■ E/F __3.35__ ☐ G _____ |
| 2.10 | **Lynn Marie Katekovich** | **1701 Sampson Street Conway, PA 15027** | **Staples** | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.11 | **Lynn Marie Katekovich** | **1701 Sampson Street Conway, PA 15027** | **RAW Consulting, LLC** | ☐ D _____ ■ E/F __3.32__ ☐ G _____ |
| 2.12 | **Lynn Marie Katekovich** | **1701 Sampson Street Conway, PA 15027** | **Can Capital** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.13 | **Medical Staffing Associates Inc.** | | **Warren R. Butera** | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |

| Debtor | **Katera's Kove, Inc.** | Case number *(if known)* | **16-23084** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **United States Attorney's Office** | **Western District of Pennsylvania Joseph F. Weis, Jr. US Courthouse 700 Grant Street, Suite 4000 Pittsburgh, PA 15219** | **Internal Revenue Service** | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Katera's Kove, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **16-23084**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,060,000.00** |
   | **For prior year:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$1,963,000.00** |
   | **For year before that:** From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$2,165,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | | | | |

| Debtor | **Katera's Kove, Inc.** | | Case number *(if known)* **16-23084** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **The Home Savings And Loan Co. &<br>ISAOA<br>3690 Orange Place, Suite 210<br>Beachwood, OH 44122** | **6/10/16,<br>7/10/16 and<br>8/10/16** | **$41,736.36** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Netlink Wireless<br>227 Old Farm Road<br>Cranberry Twp   16066** | **6/9/16 and<br>7/29/16** | **$52,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Penn Power<br>PO Box 3687<br>Akron, OH 44309** | **5/24/16 and<br>7/6/2016** | **$7,538.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

| Debtor | **Katera's Kove, Inc.** | | | Case number *(if known)* **16-23084** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Warren R. Butera, Elizabeth Butera and Medical Staffing Associates Inc. v. Katera's Kove Inc. and Lynn M. Katekovich**<br>**2011-10548** | **Civil** | **Beaver County Court of Common Pleas**<br>**810 Third Street**<br>**Beaver, PA 15009** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Ruk Properties LLC v. Katera's Kove Inc.**<br>**2015-10334** | **Contract** | **Butler County Court of Common Pleas**<br>**124 West Diamond Street**<br>**Butler, PA 16001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Laurel Linen Service Inc. v. Katera's Kove Inc. and Lynn Katekovich**<br>**2014-10424** | **Contract** | **Beaver County Court of Common Pleas**<br>**810 Third Street**<br>**Beaver, PA 15009** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **PA Department of Labor & Industry v Katera's Kove Home Health Agency and Katera's Kove Person Care & Secured Dementia Community**<br>**2015-32996** | **Lien** | **PA Department of Labor & Industry**<br>**16th Fl., L&I Bldg.**<br>**Harrisburg, PA 17121** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Ascentium Capital, LLC v. Katera's Kove, Inc.**<br>**20160901** | **Balances owed on installment sales of equipment** | **Harris County, Texas**<br>**210 Caroline**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Balboa Capital Corp v. Katera's Kove, Inc. and Katera's Kove Homecare**<br>**30-2016-847809** | **collection of unpaid rental** | **Superior Court of CA, Orange County**<br>**751 West Santa Ana Boulevard**<br>**Santa Ana, CA 09270-1000** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **RAW Consulting, LLC f/k/a RAW Medical Consulting, LLC and Sayed M. Yossef v. Lynn Katekovich, Katera's Kove, Inc. and Christian House Home Health,Inc. f/k/a Katera's Home Health Agency, Inc.**<br>**11034-2016** | **Claims for repayments of loans and redemption of stock** | **Court of Common Pleas of Beaver Cty, PA**<br>**810 Third Street**<br>**Beaver, PA 15009** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor    **Katera's Kove, Inc.**                                        Case number *(if known)*    **16-23084**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **motorola 2-way radios** | **$0.00** | **2015-2016** | **$30,000.00** |

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Robert W. Koehler, Attorney At Law<br>Manor Complex, Penthouse<br>564 Forbes Avenue<br>Pittsburgh, PA 15219** | **Attorney Fees** | **June 23, 2019** | **$26,717.00** |
| | **Email or website address<br>rkoehler@pghlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**

| Debtor | **Katera's Kove, Inc.** | Case number *(if known)* | **16-23084** |
|---|---|---|---|

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**demographics, financial, health and family contacts**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank**<br>**730 Shenango Road**<br>**Beaver Falls, PA 15010** | **XXXX-9082** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |

Debtor    **Katera's Kove, Inc.**                                        Case number *(if known)*  **16-23084**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **PNC Bank**<br>**730 Shenango Road**<br>**Beaver Falls, PA 15010** | **XXXX-8909** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **January, 2016** | **Unknown** |
| 18.3. | **PNC Bank**<br>**730 Shenango Road**<br>**Beaver Falls, PA 15010** | **XXXX-2319** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other__ | **January, 2016** | **Unknown** |
| 18.4. | **PNC Bank**<br>**730 Shenango Road**<br>**Beaver Falls, PA 15010** | **XXXX-9453** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **January 5, 2016 the account was closed after $1,500.00 was deposited to bring it to a $0.00 balance** | **$0.00** |
| 18.5. | **Home Savings & Loan**<br>**275 West Federal Street**<br>**Youngstown, OH 44503** | **XXXX-0030** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **December, 2015** | **Unknown** |
| 18.6. | **Home Savings & Loan**<br>**275 West Federal Street**<br>**Youngstown, OH 44503** | **XXXX-1604** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **December, 2015** | **Unknown** |
| 18.7. | **Home Savings & Loan**<br>**275 West Federal Street**<br>**Youngstown, OH 44503** | **XXXX-1612** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **On December 1, 2015 the account was closed with a negative balance of $4.09 that was waived** | **$0.00** |
| 18.8. | **Home Savings & Loan**<br>**275 West Federal Street**<br>**Youngstown, OH 44503** | **XXXX-1620** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **October 31, 2015** | **$19.75** |
| 18.9. | **First National Bank**<br>**2634 Darlington Road**<br>**Beaver Falls, PA 15010** | **XXXX-0186** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **October 16, 2015** | **Unknown** |

| Debtor | **Katera's Kove, Inc.** | | Case number *(if known)* | **16-23084** |
|---|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.10. | **First National Bank**<br>**2634 Darlington Road**<br>**Beaver Falls, PA 15010** | **XXXX-7184** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 16, 2015** | **Unknown** |
| 18.11. | **First National Bank**<br>**2634 Darlington Road**<br>**Beaver Falls, PA 15010** | **XXXX-0187** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 16, 2015** | **Unknown** |
| 18.12. | **First National Bank**<br>**2634 Darlington Road**<br>**Beaver Falls, PA 15010** | **XXXX-0189** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 16, 2015** | **Unknown** |
| 18.13. | **Huntington Bank**<br>**2552 Darlington Road**<br>**Beaver Falls, PA 15010** | **XXXX-9541** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed on April 1, 2016 and account balance was transferred to the account at Friendly Federal Credit Union** | **$5,881.19** |
| 18.14. | **Friendly Federal Credit Union**<br>**384 State Street**<br>**Baden, PA 15005** | **XXXX-5133** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 5, 2016 the account was closed after $8.17 was deposited into it to bring it to a $0.00 balance** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **Katera's Kove, Inc.**                                        Case number *(if known)* **16-23084**

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Koppel Storage**<br>**2329 2nd Avenue**<br>**Koppel, PA 16136** | **Lynn Katekovich, Ron Waddell, James Maccaglia, Tamm Mallary - 599 Norword Drive, Wampum, PA 16157** | **holiday decorations, cookware and utensils** | ☐ **No**<br>■ **Yes** |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various residents**<br>**599 Norwood Drive**<br>**Wampum, PA 16157** | **599 Norwood Drive**<br>**Wampum, PA 16157** | **seasonal clothing and personal belongings of residents** | **Unknown** |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

 ■ No.
 ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

 ■ No.
 ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

 ■ No.
 ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Debtor    **Katera's Kove, Inc.**                                            Case number *(if known)* **16-23084**

Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Kacey Pournaras**<br>**213 Virginia Avenue**<br>**Beaver, PA 15009** | **last two years** |
| 26a.2. | **James Maccaglia**<br>**227 Old Farm Road**<br>**Cranberry Twp, PA 16066** | **10/2015 to the present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Ascentium Capital**<br>**PO Box 304593**<br>**Dallas, TX 75303-1593** |
| 26d.2. | **Balboa Capital**<br>**2010 Main Street**<br>**Irvine, CA 92614** |
| 26d.3. | **Lease Corporation of America**<br>**PO Box 1297**<br>**Troy, MI 48099-1297** |
| 26d.4. | **Timepayment Corporation**<br>**16 New England Executive Park, Suite 200**<br>**Burlington, MA 01803** |
| 26d.5. | **Great American Leasing**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** |
| 26d.6. | **Alliance Laundry Systems, LLC**<br>**PO Box 20381**<br>**Dallas, TX 75320** |

Debtor    **Katera's Kove, Inc.**                                          Case number *(if known)*  **16-23084**

| Name and address | |
|---|---|
| 26d.7. | **Marlin- 1, 2, 3 & 4**<br>**PO Box 13604**<br>**Philadelphia, PA 19101-3604** |
| 26d.8. | **Padco Financial Services, Inc.**<br>**1328 Main Street**<br>**Crete, IL 60417** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lynn Katekovich | 1701 Sampson Street<br>Conway, PA 15027 | CEO/President | 55% held with her husband, Michael Katekovich |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Kacey Pournaras | 213 Virginia Drive<br>Beaver, PA 15009 | Secretary | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Adam Pournaras | 213 Virginia Drive<br>Beaver, PA 15009 | | 17% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Krista Pournaras | 1621 Sampson Street<br>Conway, PA 15027 | | 17% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| RAW Consulting, LLC | 415 40th Street<br>Beaver Falls, PA 15010 | shareholder | 9% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Syed M. Yoseff | 3304 Stones Throw Avenue<br>Youngstown, OH 44514 | shareholder | 2% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

| Debtor | **Katera's Kove, Inc.** | Case number *(if known)* | **16-23084** |
|---|---|---|---|

loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 2, 2016**

**/s/ Lynn Katekovich**                                    **Lynn Katekovich**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **CEO/President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Katera's Kove, Inc.** | Case No. | **16-23084** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 25,000.00 |
   | Prior to the filing of this statement I have received | $ | 25,000.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September  2, 2016** | **/s/ Robert Winfield Koehler** |
| *Date* | **Robert Winfield Koehler 32780** |
| | *Signature of Attorney* |
| | **Robert W. Koehler, Attorney At Law** |
| | **Manor Complex, Penthouse** |
| | **564 Forbes Avenue** |
| | **Pittsburgh, PA 15219** |
| | **412 281-5336  Fax: 412 281-3537** |
| | **rkoehler@pghlaw.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Katera's Kove, Inc.**                                             Case No.    **16-23084**
                                            Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam Pournaras**<br>**213 Virginia Drive**<br>**Beaver, PA 15009** | | **160 (16%)** | **Shareholder** |
| **Krista Pournaras**<br>**1621 Sampson Street**<br>**Conway, PA 15027** | | **160 (16%)** | **Shareholder** |
| **Lynn and Michael Katekovich**<br>**1701 Sampson Street**<br>**Conway, PA 15027** | | **550 (55%)** | **Shareholders** |
| **RAW Consulting, LLC**<br>**f/k/a RAW Medical Consulting, LLC**<br>**415 40th Street**<br>**Beaver Falls, PA 15010** | | **110 shares (11%)** | **Shareholder** |
| **Syed M. Yossef**<br>**3304 Stones Throw Avenue**<br>**Youngstown, OH 44514** | | **20 (2%)** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO/President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **September  2, 2016**                          Signature    **/s/ Lynn Katekovich**
                                                            **Lynn Katekovich**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Katera's Kove, Inc.**

Debtor(s)

Case No.    **16-23084**

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September  2, 2016**

**/s/ Lynn Katekovich**

**Lynn Katekovich**/**CEO/President**
Signer/Title